**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

UNITED STATES OF AMERICA

vs.                                        NO. 4:07CR00247-002  SWW

TERRENCE LAMONT MCGHEE

### ORDER

The above entitled cause came on for hearing on government's petition to revoke the supervised release [doc #128] previously granted this defendant in the United States District Court for the Eastern District of Arkansas.  Based upon the admissions of defendant, the Court found that defendant has violated the conditions of his supervised release without just cause.

IT IS THEREFORE ORDERED AND ADJUDGED that the supervised release previously granted this defendant, be, and it is hereby, **revoked**.

IT IS FURTHER ORDERED that defendant shall serve a term of imprisonment of ***FIVE (5) MONTHS*** in the custody of the Bureau of Prisons.

There will be ***TWO (2) YEARS***  of supervised release following the term of incarceration and shall include the following special conditions:

   1. Defendant shall participate, under the guidance and supervision of the U. S. Probation Officer, in a substance abuse treatment program which may include testing, out-patient counseling, and/or residential treatment followed by chem-free living.  Further, defendant  shall abstain from the use of alcohol throughout the course of any treatment.

   2. Defendant shall maintain or be actively seeking employment.

   3.  Restitution of $35,526.72, as specified in the Judgment & Commitment [doc #112], is mandatory during incarceration and supervised release to be payable as follows: the defendant will pay 50% per month of all funds that are available to him.  During residential reentry placement, payments will be reduced to 10% of the defendant's gross monthly income.  Following release from the residential reentry center, payments will continue to be 10% per month of the defendant's monthly gross income for the balance of the term of supervised release.  The interest requirement is waived.

IT IS SO ORDERED this 11th  day of June 2009.

                              /s/Susan Webber Wright

                              United States District Judge