**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

UNITED STATES OF AMERICA

vs.                           NO. 4:07CR00247-002  SWW

TERRENCE LAMONT MCGHEE

### ORDER

The above entitled cause came on for hearing December 8, 2011 on government's motions to revoke the supervised release previously granted this defendant in the United States District Court for the Eastern District of Arkansas. Based upon the admissions of defendant and statements of counsel, the Court found that defendant has violated the conditions of his supervised release without just cause.

IT IS THEREFORE ORDERED AND ADJUDGED that the supervised release previously granted this defendant, be, and it is hereby, **revoked** granting government's motions [doc #153 & #181]. Defendant shall serve a term of imprisonment of **SEVEN (7) MONTHS** in the custody of the Bureau of Prisons. The Court recommends that defendant be incarcerated as close to central Arkansas as possible; and that defendant participate in residential or non-residential substance abuse treatment during incarceration.

There will be **NO** supervised release to follow.

The remaining restitution is mandatory and is payable to the U. S. District Court, Eastern District of Arkansas, during incarceration. During incarceration, the defendant will pay 50% per month of all funds that are available to him. During residential re-entry placement, payments will be reduced to 10% of defendant's gross monthly income and will remain at 10% of defendant's gross monthly income until all restitution has been paid.

Defendant is remanded to the custody of the U. S. Marshal for transport to

the designated facility to begin the service of the sentence imposed.

IT IS SO ORDERED this 15th day of December 2011.

/s/Susan Webber Wright

United States District Judge